NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KATRELLE JOHNSON,                       )
                                        )
             Appellant,                 )
                                        )
v.                                      )     Case No. 2D17-3399
                                        )
STATE OF FLORIDA,                       )
                                        )
             Appellee.                  )
_____)

Opinion filed November 7, 2018.

Appeal from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

             Affirmed.

CASANUEVA, KELLY, and ATKINSON, JJ., Concur.